UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORMAN WARD, *et al.*,

                Plaintiffs,

-v-

3M COMPANY, *et al.*,

                Defendants.

23-CV-3345 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed by one Defendant, 3M Company ("3M"), from New York Supreme Court, New York County, on April 20, 2023. Counsel for the Plaintiffs and counsel for all named non-3M Defendants are directed to file an appearance with this Court no later than May 1, 2023.

    Counsel for Defendant 3M shall serve a copy of this order on counsel for Plaintiffs as well as counsel for all named non-3M Defendants by April 28, 2023.

    SO ORDERED.

Dated: April 25, 2023
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge